IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CYNTHIA BRADLEY and EVON FREEMAN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GLOBAL MANAGEMENT & INVESTMENT CORPORATION and McDONOUGH HOTEL, LLC,<br><br>　　　　Defendants. | 1:17-cv-2798-WSD |

### ORDER

This matter is before the Court on the parties' Joint Motion for Stipulated Judgment Approving FLSA Settlements [25] ("Motion"). The parties request that the Court review and approve the Settlement Agreement ([25] at 13-35) and enter it as the judgment in this matter. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.") (citations omitted).

The Court has reviewed the parties' Motion, the Settlement Agreement, and the record. The Court concludes that the terms of the settlement (1) are fair to the

named Plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good-faith intention by the parties that Plaintiffs' claims be fully and finally resolved. The Court further finds that the settlement (1) arrived at a fair disposition of the claims and (2) arrived at a fair and reasonable settlement of the attorneys' fees and costs of litigation. See generally Lynn's Food Stores, 679 F.2d at 1353.

Accordingly,

**IT IS HEREBY ORDERED** that on the parties' Joint Motion for Stipulated Judgment Approving FLSA Settlements [25] is **GRANTED**. The parties' Settlement Agreement ([25] at 13-35) is **APPROVED** and entered as the **JUDGMENT** in this matter.

**SO ORDERED** this 15th day of February, 2018.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE